IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RALPH E. UMPHREY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:15-cv-01094 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Frensley |
| CEDARCROFT HOME, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendant Oleksandr Osipchuk's Motion to Dismiss (Doc. No. 17) and Defendants J. A. Bryan, Thomas Bryan, Cedarcroft Home, Inc., and Peggy Zide's (collectively, the "Cedarcroft Defendants") Motion for Summary Judgment (Doc. No. 22). With respect to the Motion to Dismiss, Magistrate Judge Knowles issued a Report and Recommendation ("First Report") recommending that the Motion to Dismiss be granted and the action be dismissed. (Doc. No. 27 at pp. 2–3.) The First Report was filed on August 22, 2016, and provided a period of fourteen days in which either Party could file an objection. (*Id.*) Neither Party has filed an objection to date. With respect to the Motion for Summary Judgment, Magistrate Knowles issued a Report and Recommendation ("Second Report") recommending that the Motion for Summary Judgment be granted and Plaintiff's claims against the Cedarcroft Defendants be dismissed. (Doc. No. 28 at pp. 8–9.) The Second Report was filed on August 22, 2016, and provided a period of fourteen days in which either Party could file an objection. (*Id.*) Neither Party has filed an objection to date.

Upon review of this matter, the Court finds the First and Second Reports to be well-founded and **ADOPTS** them in their entirety. Accordingly, the Court hereby **GRANTS**

1

Defendant Opischuk's Motion to Dismiss and **DISMISSES** Plaintiff's action against him. The Court also **GRANTS** the Cedarcroft Defendants' Motion for Summary Judgment and **DISMISSES** Plaintiff's claims against them.

It is so ORDERED.

Entered this the 13th day of October, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT